UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| RONALD KWAME GAINES,<br><br>  Plaintiff,<br><br>vs.<br><br>JEFFREY CHILDRESS, et al.,<br><br>  Defendants. | 2:09-CV-02326-KJD-RJJ<br><br><br>**ORDER** |

This matter was referred to the undersigned Magistrate Judge on Plaintiff Ronald Kwame Gaines' Motion to Stay Defendants' Summary Judgment/Dismiss Motion until Plaintiff has Obtained Discovery (Doc. #33).

The Court having reviewed the Motion to Stay, and good cause showing,

IT IS HEREBY ORDERED that Plaintiff Ronald Kwame Gaines' Motion to Stay Defendants' Summary Judgment/Dismiss Motion until Plaintiff has Obtained Discovery (Doc. #33) is **DENIED**.

DATED this 6th day of September, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge