UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| RONALD KWAME GAINES, ) | |
| ) | 2:09-CV-02326-KJD-RJJ |
| )  Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JEFFREY CHILDRESS, et al., ) | |
| ) | |
| )  Defendants. ) | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff Ronald Kwame Gaines' Motion to Stay Defendants' Summary Judgment/Dismiss Motion until Plaintiff has Obtained Discovery (Doc. #33).

The Court having reviewed the Motion to Stay, and good cause showing,

IT IS HEREBY ORDERED that Plaintiff Ronald Kwame Gaines' Motion to Stay Defendants' Summary Judgment/Dismiss Motion until Plaintiff has Obtained Discovery (Doc. #33) is **DENIED**.

DATED this 6th day of September, 2011.

ROBERT J. JOHNSTON
United States Magistrate Judge