1
2
3
4
5
6
7           **UNITED STATES DISTRICT COURT**
8             **DISTRICT OF NEVADA**
9
10   RONALD KWAME GAINES,
11        Plaintiff,                                      Case No. 2:09-CV-02326-KJD-RJJ
12   v.                                                   **ORDER**
13   CHERYL BURSON, *et al.*,
14        Defendants.
15

16        Presently before the Court is Plaintiff's Objections to Magistrate's Denial of Plaintiff's

17   Motion to Stay Response to Motion to Dismiss (#37).  Defendant Burson filed a response in

18   opposition (#38).  Also before the Court is Plaintiff's Motion to Strike (#39).  Having read and

19   considered the motion to strike it is denied.

20        The Court finds that the Magistrate's Order (# 36) is neither clearly erroneous nor contrary to

21   law under Federal Rule of Civil Procedure 72(a).  See 28 U.S.C. § 636(b)(1)(A).  This Court does

22   not have a definite and firm conviction that a mistake has been made.  See Weeks v. Samsung Heavy

23   Indus. Co. Ltd., 126 F.3d 926, 943 (7th Cir. 1997).  Plaintiff does not need discovery to respond to

24   the legal issues raised in Defendant Burson's motion to dismiss.  The consideration of affidavits and

25   the grievances filed with prison officials does not convert the motion to one for summary judgment.

26   In considering motions to dismiss based on an alleged failure to exhaust administrative remedies, the

1  Court may consider matters outside the allegations of the pleadings.  Therefore, Plaintiff's

2  Objections are denied.  Plaintiff must file an opposition to Defendant's motion to dismiss within

3  fourteen (14) days of the entry of this order, or the Court will dismiss the complaint.

4      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Objections to Magistrate's Denial of

5  Plaintiff's Motion to Stay Response to Motion to Dismiss (#37) are **DENIED**;

6      IT IS FURTHER ORDERED that Plaintiff's Motion to Strike (#39) is **DENIED**.

7      DATED this 21st day of November 2011.

8

9

10  _____

11  Kent J. Dawson
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26